Form defntcind

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

Case No.: 10−14562−JMD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lidia Barbara Sniezek
  aka Lidia B Sniezek
  38A Howard St
  Salem, NH 03079

Social Security No.:
  xxx−xx−6505

Tax I.D. No.:

## DEFICIENCY NOTICE

To the Debtor(s) and the Debtor(s)' attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date.

Stmt. of Fin. Affairs 11/08/2010
Schedules A−J 11/08/2010
Declaration re DB Sched 11/08/2010
Summary of Schedules 11/08/2010
Summary of Liabilities 11/08/2010
Means Test Ch13 Form 11/08/2010
Ver. Stmt. re Matrix 11/08/2010
Ntc to Consumer DB−B201 11/08/2010
Chapter 13 Plan 11/08/2010
Incomplete Filings Due 11/08/2010

If the Debtor(s) fail to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B22, **this case will be automatically dismissed pursuant to 11 U.S.C. § 521(i)(1) effective December 8, 2010.**

If the Debtor(s) fail to file any of the other documents listed that are required by Local Bankruptcy Rule 1007−1, an Order to Show Cause as to why the Debtor's case should not be dismissed will be scheduled.

Dated: 10/25/10

                        For the Court
                        George A. Vannah, Clerk
                        By: /s/ Heather Kelley
                        Deputy Clerk